| People v Womack (Andrew) | 4th Dept: 151 AD3d 1754 (Ontario) | denied 8/24/17 (Garcia, J.) |
|---|---|---|
| People v Woods | App Div, 3d Dept: 2017 NY Slip Op 73678(U) (Albany) | dismissed 8/11/17 (Wilson, J.) |
| People v Worm | 4th Dept: 151 AD3d 1852 (Ontario) | denied 8/24/17 (Garcia, J.) |
| People v Wynn | 3d Dept: 149 AD3d 1252 (Clinton) | denied 8/15/17 (Garcia, J.) |
| People v Young | 1st Dept: 150 AD3d 429 (NY) | denied 8/16/17 (Rivera, J.) |
| People v Zuniga | 1st Dept: 149 AD3d 660 (NY) | denied 8/16/17 (Rivera, J.) |

(August 1, 2017 through August 31, 2017)

| People v Aguilar | 2d Dept: 153 AD3d 182 (Orange) | granted 8/28/17 (Dillon, J.) |
|---|---|---|
| People v Boyd (Mark) | 1st Dept: 152 AD3d 53 (Bronx) | granted 8/22/17 (Acosta, P.J.) |
| People v Diaz (Emmanuel) | 2d Dept: 149 AD3d 974 (Kings) | granted 8/3/17 (Hall, J.) |
| People v Flores (Alex) | 2d Dept: 153 AD3d 182 (Orange) | granted 8/28/17 (Dillon, J.) |
| People v Flores (Emmanuel) | 2d Dept: 153 AD3d 182 (Orange) | granted 8/28/17 (Dillon, J.) |
| People v Hill (Nicholas) | 1st Dept: 150 AD3d 627 (NY) | granted 8/22/17 (Gesmer, J.) |
| People v Ramirez | 2d Dept: 153 AD3d 182 (Orange) | granted 8/28/17 (Dillon, J.) |
| People v Reeves | 4th Dept: 152 AD3d 1173 (Onondaga) | granted 8/28/17 (Lindley, J.) |
| People v Silvagnoli | 1st Dept: 151 AD3d 443 (NY) | granted 8/29/17 (Mazzarelli, J.) |
| People v Thibodeau | 4th Dept: 151 AD3d 1548 (Oswego) | granted 8/3/17 (Centra, J.) |

[83 NE3d 853, 61 NYS3d 523]

DOLORES PARIETTI et al., Appellants, v WAL-MART STORES, INC., et al., Respondents, et al., Defendant.

Decided September 14, 2017